UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:25-cr-00193 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| DYMOND WILLIAMS, | ) |  |
| Defendant. | ) |  |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jennifer Dowdell Armstrong regarding the change of plea hearing of Dymond Williams that was referred to the Magistrate Judge with the consent of the parties.

On April 22, 2025, the Government filed a two count Information, charging Defendant Dymond Williams in Counts 1 and 2, with Wire Fraud, in violation of Title 21 U.S.C. § 1343. Defendant Dymond Williams was arraigned on May 6, 2025, and Magistrate Judge Jennifer Dowdell Armstrong received Defendant Dymond Williams' plea of guilty to Count 1 and 2 of the Information, with plea agreement, and issued the R&R on May 8, 2025, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Dymond Williams is found to be competent to enter a plea and to understand her constitutional rights.  She is aware of the charges and of the consequences of entering a plea.  There is an

adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Dymond Williams is adjudged guilty of Count 1 and 2 of the Information with Wire Fraud, in violation of Title 18 U.S.C. § 1343. This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place, as scheduled on the docket, in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*     10/7/2025
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE